MERELY FOUND "INDIRECT MENTION" OF A TERMINAL ELE-
MENT THROUGH WITNESS TESTIMONY.

The decision of the United States Army Court of Criminal Appeals is reversed as to
Charge III and its specifications and as to the sentence. The findings of guilty to
Charge III and its specifications are set aside. The remaining findings are
affirmed. The record is returned to the Judge Advocate General of the Army for
remand to the Court of Criminal Appeals. That court may either dismiss Charge
III and its specifications and reassess the sentence based on the affirmed findings,
or it may order a rehearing on the affected charge and the sentence. [See also
ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 12–0501/AF. U.S. v. Jessica E. McFadden. CCA 37438. [See also APPEALS–
SUMMARY DISPOSITIONS this date.]

No. 13–0524/AF. U.S. v. Senator G. Negron. CCA 37754. [See also APPEALS–
SUMMARY DISPOSITIONS this date.]

No. 13–0669/AR. U.S. v. Brandon T. Parker. CCA 20110248. [See also AP-
PEALS–SUMMARY DISPOSITIONS this date.]

No. 13–0420/AF. U.S. v. Travis A. Schmidt. CCA 38220. Appellant's motion for
leave to file a second petition for grant of review and a supplement to said petition
for grant of review is granted.

No. 14–0001/AR. U.S. v. George D. MacDonald. CCA 20091118. Appellant's
motion to extend time to file the supplement to the petition for grant of review
granted to September 23, 2013.

No. 14–0003/AF. U.S. v. Allen K. Hohenstein. CCA 37965. Appellant's motion to
extend time to file the supplement to the petition for grant of review granted to
September 23, 2013.